FILED

TERRY ALEXANDER   #G-02016
FULL NAME

COMMITTED NAME (if different)

FULL ADDRESS INCLUDING NAME OF INSTITUTION
P.O. Box 4999 Delano, CA. 93216
G-02016
PRISON NUMBER (if applicable)

RECEIVED & RETURNED
CLERK, U.S. DISTRICT COURT
JUL 15 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

550

2011 SEP 7 PM 5: 34
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CV11-6981-SVW(E)

CV11-05582 (E)

TERRY ALEXANDER                         CASE NUMBER
                                        To be supplied by the Clerk
                        PLAINTIFF,

              v.                        CIVIL RIGHTS COMPLAINT
                                        PURSUANT TO (Check one)
Los Angeles County Jail Sheriff         ☒ 42 U.S.C. § 1983
                        DEFENDANT(S).   ☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner:  ☒ Yes   ☐ No

2. If your answer to "1." is yes, how many?   ONE

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an
   attached piece of paper using the same outline.)   For Getting Valley Fever it's a Medical

Treatment.

LODGED
CLERK, U.S. DISTRICT COURT
JUL -6 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 2 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

2011 AUG 31 PM 12: 58
LODGED

a. Parties to this previous lawsuit:
Plaintiff _TERRY ALEXANDER / A.C.L.U.L._____

Defendants _LOS ANGELES County Jail SheriFF_____

b. Court _LOS ANGELES Civil Court_____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

g. Approximate date of filing lawsuit: _4-23-11.  A.C.L.U.L._____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes  ☑ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes  ☐ No

   If your answer is no, explain why not _____

   _____

3. Is the grievance procedure completed? ☑ Yes.  ☐ No

   If your answer is no, explain why not _____

   _____

4. Please attach copies of papers related to the grievance procedure.

## JURISDICTION

This complaint alleges that the civil rights of plaintiff _TERRY ALEXANDER_____
(print plaintiff's name)

who presently resides at _P.O. Box 4999  DeLANo, CA. 93216_,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_LOS ANGELES County SheriFF Jail_____
(institution/city where violation occurred)

on (date or dates) _2/1/2011_ (Claim I) - _2/2/2011_ (Claim II) , _4/12/2011_ (Claim III)

NOTE:   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant _F. Morales       L.A. Sheriff_       resides or (works at)
   (full name of first defendant)
   _J. Bleau                L.A. Sheriff_
   (full address of first defendant)
   _J. Mariscal-Cruz  L.A. Sheriff_
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☑ official capacity.

Explain how this defendant was acting under color of law:
_They was trying to take my wheel chair from me, I did not get out, so I was put in the hole. I came to Jail in my wheel chair._

2. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

3. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

4.  Defendant _____ resides or works at
      (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

_____

5.  Defendant _____ resides or works at
      (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

_____

D. CLAIMS*                                CLAIM I

The following civil right has been violated:

MY Wheel chair was Broken And taken From me. by
Los Angeles County SheriFF's Department.
I was Put in the hole For 4 months, And my
Wheel chair was damaged, my Property Cost $2,500.°°
AND For everyday I was in the hole I'm Asking For $500.°°
Medical did Not do Medical Treatment on me. They
Just took my Wheel chair. Under A.D.A. Law No one CAN
take my Wheel chair, I been in a Wheel chair From 2003
tell Now.    A.C.L.U. File A LAWSUIT to Fix the
Problem, I'm Ask For Money For the damages.
Dr. Saddler gave me BACK my Wheel chair And the
SheriFFs took it Back And Put me in the hole, For 4
Months. Because I would Not get out of my Wheel chair.
Keep in mind I came to Jail in my Wheel chair.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without
citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each
DEFENDANT (by name) did to violate your right.

Los Angeles County Jail SheriFF's. I came to Jail in
my Wheel chair, I have medical Papers to Show that
I use a Wheel chair.   my Civil Right Violated, By the
A.D.A. Law.
        A.C.L.U. Came in Files Paper's And I
was take out the hole. Attorney Name For A.C.L.U.
J. Price. Phone 213-977-5233  For more information
Call her. They are geting L.A. Jail to Fix the
Problem. I'm Asking For the Money do to damages
AND Property, of my Wheel chair And on the be half
of the handicapped of the World. A.D.A.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same
outline.

E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

To be pay For my Wheel chair And For every day I Was IN the hole. My Wheel chair cost 2,800°° And For being IN the hole For 4 month's And the Cell Was Not For A.D.A 250,000°° thats Relief in this case. And I Was eat Food For Diet Program. I should had A Regular Meals.

So For Relief. Money For a New Wheel chair And Money For Not getting a Regular diet, And the most oF All damages For Being in the hole 4 months. I seen Mental Health DRs For being Lock up in the hole 24 Hour's A day For 4 months "No Program".

So I'm Asking For $250,000.°°

MAY 31, 2011
_____
(Date)

Terry Alexander
_____
(Signature of Plaintiff)

**Declaration of Terry Alexander**

I, Terry Alexander, hereby declare:

1.    I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.    I am 42 years old. I am housed in the 8070 unit of Men's Central Jail.

3.    I have been in Men's Central Jail since June 2, 2010. Until recently, I was always housed in the 8100 unit. That is the unit for inmates with wheelchairs. Now I am in the hole for refusing to give up my wheelchair.

4.    In the 1990s I was in a car accident. The car accident injured my back, injuring discs L4 and L5 in my back. After the car accident I had to use a wheelchair off and on for a couple years. Through physical therapy I was able to heal to the point where I no longer needed a wheelchair.

5.    In 2003, I was a longshoreman at Todd Shipyard. While I was working, a forklift ran into me. This accident crushed several discs in my back. My head was bruised and I had problems with my equilibrium. I spent several months in the hospital. The injuries from the forklift accident forced me to use a wheelchair. I have been permanently confined to a wheelchair ever since the forklift accident in 2003. Since the accident in 2003 I have used a wheelchair without interruption.

6.    The condition of my spine deteriorated when I contracted Valley Fever in 2005 or 2006. Valley Fever is also known as Cocci. When I contracted the fever, I was at Pleasant Valley State Prison ("PVSP"). I spent between six and twelve months in the hospital. I was in and out of consciousness. A doctor in the prison first diagnosed me with pneumonia. Then I was sent to a hospital outside of the prison, and I was diagnosed with Valley Fever. The infection settled on my spine. They had to daily drain fluids from my spinal cord. This was in 2005 or 2006.

7.    During my time in prison, I spent time in PVSP, Salinas, and then Corcoran.

1

When I went to Salinas a doctor ordered physical therapy for me. I received physical therapy from sometime in the middle of 2008 until sometime in 2009. The prison sent me to a community doctor three times a week for physical therapy, and for electric shocks to my back. I believe the shocks were supposed to help with my pain. A specialist flew in from San Francisco to Salinas Memorial Hospital and prescribed me Diflucan, which is used to treat infections, to help with my Valley Fever. He said I need to take it for the rest of my life.

8.     Although I believed I needed it, I did not continue to get physical therapy when I went to Corcoran.

9.     After I left prison in March, 2010, I sought social security benefits, or SSI. To get approval for social security benefits, the government required that I see a doctor. This doctor, who is located in downtown Los Angeles, made a diagnosis that I am unable to walk and recommended that I receive physical therapy to help strengthen my legs and to help with my back. Based on this diagnosis, the government approved my SSI. I saw that doctor again in June, 2010. I was supposed to return for physical therapy the next day, but later that day I went to Men's Central Jail.

10.     I arrived at the jail in my personal wheelchair, which is made out of aluminum. At the Inmate Reception Center, a deputy took my personal wheelchair, picked it up, and threw it into a corner with a stack of other wheelchairs. When it landed the frame (the bar underneath the seat) broke. After taking and breaking my wheelchair, the deputy gave me a property receipt and a jail wheelchair. This deputy was white, in his 20s, of a medium build.

11.     I received a physical exam with a doctor. He was a male and looked Chinese. My legs are weak and small. My back is messed up. He asked me to raise my pants and he looked at my legs. He said, "Oh, your legs are small for a big guy like you." I said, "I've been in a wheelchair for a long time." He asked, "How long have you been in a wheelchair?" I said, "Since 2003." He said that I need a wheelchair. He said, "I'm sending you to the

wheelchair floor." He also said, "You will remain on your meds, but we don't give morphine. So we will give you Tylenol extra strength three times a day." An IRC deputy met me and three others that were in wheelchairs and took us to the 8100 unit in Men's Central Jail.

12.   In 8100 I had a toilet in my cell. The toilet had grab bars.

13.   I was able to get to the shower, which was down the hall, in my wheelchair. I needed help taking a shower, however, because the bars don't come off the jail wheelchair and it is hard to transfer from my wheelchair to the seat in the shower. Sometimes, I would ask the nurses to help when I was on my way to the shower. I did not get any help from the nurses. Sometimes they just ignored me. Sometimes I asked for a trustee to help me, and a nurse would respond, "I'll send you one." A trustee would never come. I had other inmates help me with the shower whenever I could. They would help me to transfer from my wheelchair to the seat in the shower.Once, Deputy Bleau said he saw me standing. He said, "You don't need a wheelchair. I saw you standing." There are times when I stand up, to transfer from the wheelchair to the bed. That does not mean I can walk.

14.   About two months after my arrival in Men's Central Jail, a deputy called me to what we call the "declass line." I went to the line and I met with Dr. Zasorin. She was sitting at a computer, and said that my Valley Fever does not show in my blood work. I told her that was because I was on Diflucan. She told me that she was taking me off Diflucan. I told her, "A specialist put me on this." She replied, "I do what I want to do." Although I believe I may have already authorized a release of my medical records at the time, I do not believe that Dr. Zasorin had examined my medical records before deciding that I did not need to be on Diflucan.

15.   She instructed me to raise my legs, and I did. She asked me, "Can you move your legs?" I said, "Yes." She replied, "You don't need a wheelchair." I explained that I arrived in jail in a wheelchair. She told me, "I'm declassifying you," which means that my wheelchair would be taken away.

3
31

16.     I went back to 8100. Deputies Skinner, Blue and Munoz came to my cell. One of them told me, "Get your stuff together. Get out of your wheelchair. You are going to the mainline." Mainline means general population. I told them "No." A deputy told me, "Every time you refuse to get out of your wheelchair we will write you up, until you go to general population. Or you stay in the hole." Deputy Skinner then took me to the hole. I was in the hole for approximately two or three weeks. Being in the hole means that I lose privileges and I am separated from others. The hole is a room for a single person. The room has no windows, it only contains a bed, a sink, and a toilet. There are no grab bars in the hole so it is very difficult for me to use the toilet. The hole is lit by a single lighting fixture on the ceiling. The hole is tiny and the bed, sink, and toilet take up most of the space. The total space in the hole is about five and a half feet by seven feet.

17.     After I stopped taking Diflucan, I would wake up in cold sweats.

18.     A couple of weeks later, my Valley Fever was acting up. I told a nurse during pill call that I needed to see a doctor. About three or four days later, I met with a doctor. He was old, and African-American, I believe his name was Dr. Saddler. He had me lay out on a stretcher, and examined my legs. Dr. Zasorin did not do that. He was reviewing some notes, and said, "Dr. Zasorin says you don't need a wheelchair. I'm putting down that you do." He also put me back on Diflucan. I started taking it again later that afternoon.

19.     About two weeks later, a deputy told me to go to the doctor's line. I met with Dr. Zasorin. She did not physically examine me. She did ask me a few questions, like "Can you move your legs?" She also said, "I see you got a doctor to give you the meds and to write back your order for a wheelchair." I said, "That doctor did an exam." She replied, "I've come to a determination and you don't need wheelchair. I'm not going to argue with you." She said, "I'm recommending that you be declassed." Later that same evening, deputies, including Deputy Munoz, came to send me back to the hole. I spent about two weeks in the hole. At the time Dr. Zasorin would not prescribe me Diflucan and I was forced to again

4

32

stop taking the medication. While in the hole I did not receive my Diflucan. I am still unable to get my needed Diflucan.

20.   At some point, I signed an authorization for the jail to get my medical records. I don't remember when.

21.   Last October, in 2010, a deputy called me to the declass line again. I saw Dr. Zasorin. This time, it seemed that Dr. Zasorin did have my medical records before her, because she said, "You had the Valley Fever." She looked at me and said, "You don't need a wheelchair because you can move your legs." Even though Dr. Zasorin confirmed that I had Valley Fever she still did not prescribe me my needed Diflucan.

22.   Since that date, I have been called to the declass line at least two more times. As soon as I learned that I would be seen by Dr. Zasorin, I would wheel myself back to my cell. I refused to go to the declass line to see that doctor.

23.   That entire time, I was still in the 8100 unit for inmates with wheelchairs.

24.   On April 14, 2011, when I was in the hallway, Deputy Bleau picked me up without my permission and put me in a chair. He took my wheelchair. A Lieutenant, an older, white lady, was in the area on another issue. I was upset and complaining about having my wheelchair taken away. I heard her tell a Sergeant to get me another wheelchair.

25.   The entire time I have been in the jail, I have never received an MRI. I have never received a CAT Scan.

26.   I was written up for "Failure to follow orders" every time I refused to give up my wheelchair. For example, on January 7, 2011, I was written up by Officer Mariscal Cruz for "Contraband/Excess County Proeprty, Insubordination/Refuse to Follow Orders," and "Insubordination/Refuse/Delay Lockdown." I had a hearing on January 11, 2011 and it was determined founded. I was sentenced to 20 days in the hole, and four days on a disciplinary diet.

27.   On February 1, 2011, I was written up by Officer E Morales for

"Insubordination/Refusal to Follow Orders." I had a hearing on February 2, 2011, and it was determined founded. I had 10 days in the hole, and six days on a disciplinary diet.

28. On April 12, 2011, I was written up by Officer J Bleau for "Creating a Disturbance, Insubordination/Refuse to Follow Orders" and "Other." I know these writeups are a consequence of my refusal to get out of my wheelchair because a deputy told me that would be the consequence if I refused to get of out my wheelchair. On April 13, 2011, the jail sent me to 20 days in the hole, and six days on a disciplinary diet. On April 18, 2011, the jail gave me 25 days in the hole, including loss of privileges, and time in segregation. That same day I got another write-up, giving me 20 days in the hole. I believe this write-up affects the points I will receive in prison. The points will affect how long I stay in prison. I feel that this is a great injustice.

29. April 14, 2011, was the last time that a deputy took me to the hole. I have been in the hole since then. I am in a single man cell that has no rails. Not having rails makes it very difficult for me to transfer to the toilet. There are no rails to help me transfer to the bed. I have fallen a couple of times, and I have to pick myself up. The cell is extremely small. The bed, sink and toilet take up most of the room in the cell. The entire cell is about five and a half feet wide by seven feet long. I get no telephone, and I worry about my mom. She had a stroke last year and, since my father passed away in March of 2010, she is in the house by herself.

30. In the hole I don't get access to the canteen, so I can't get the food I want. I don't get food with sugar. I get no visits. I am by myself.

31. On Thursday, April 21, 2011, I was sentenced. I do not know how much longer I will be in Men's Central Jail, but I want to get out of the hole as soon as possible.

32. On April 27, 2011, I tried to file a complaint about the food they are serving me. The food has no sugar, but I am not a diabetic. I tried to give it to a deputy, but he would not take it. I am still in the hole.

## DECLARATION FOR SERVICE BY MAIL

That on the 31 day of MAY 2011, I served the Attached "CIVIL RIGHTS COMPLAINT" To the Civil Court in Los Angeles, CA. At 210 W. Temple st, Los Angeles, CA. 90012 ENClosed in a Sealed envelope With Postage There on Fully pre-paid, in a United States Mail Box in DeLANO, CA STATE PRISON, To the Follow Address

Civil Court of Los Angeles
210 W. Temple st
Los Angeles, CA. 90012

I declare under penalty of perjury the Foregoing is true and Correct. Executed on this 31 day of MAY 2011, At DeLANO CALiFornia

Terry Alexander
Signature

Terry Alexander  #G-02016
P.O. Box 4999
DeLANO, CA. 93216
North Kern State Prison

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
**CUSTODY DIVISION**
**NOTICE OF DISCIPLINARY VIOLATION**

To:  **ALEXANDER, TERRY**          Booking No.: **2354761**          Custody Ref. No.: **510020110201003**

1. You are hereby notified that a complaint has been filed against you alleging violation of the following Jail rule(s):

   - **Insubordination  / Refuse To
   Follow Orders**

2. You will have a hearing to determine your guilt or innocence. At this hearing you may tell your side of the story and present a defense.

3. If you are found guilty of this violation, you may be disciplined by segregation, loss of privileges, loss of good time credits, removal from work details, and/or by being assigned extra work, depending upon the seriousness of the offense and the decision of the hearing officers.

4. You are to keep this notice in your immediate possession and present it to the officers at your hearing.

5. Additional violations of the rules may result in additional discipline.

Date: **02/01/2011**          Officer: **E MORALES**          Employee No. **XXX835**

---

**DEPARTAMENTO DEL SHERIFF DEL CONDADO DE LOS ANGELES**
**DIVISION CUSTODIAL**
**NOTICIA DE VIOLACION DISCIPLINARIA**

Para:  **ALEXANDER, TERRY**     Numero de registro: **2354761**     Num. de Ref. Custodial: **510020110201003**

1. La presente le estamos informando que hay una queja contra usted, alegando violacion de regla(s) de la Carcel que sigue:

   - **Insubordinacion  / Rehusar
   Seguir Ordenes**

2. Tendra una audencia para determinar si es culpable o inocente. En esta audencia puede explicar el lado de su historia le permitiran presentar una defensa.

3. Si le encuentran culpable de esta violacion, pueden disciplinarle por segregacion, perdida de privilegios, perdida de creditos del "tiempo bueno", pueden alejarle de los detalles de trabajo, y/o recibira mas trabajo, depende de la seriedad de la ofensa y la decision de los oficiales de la audencia.

4. Tiene que guardar esta noticia en su posesion inmediata y presentarla a los oficiales en la audencia.

5. Violaciones adicionales de estas reglas pueden resultar una disciplina adicional.

Fecha: **02/01/2011**          Oficial: **E MORALES**          Numero de Empleado: **XXX835**

# MCJ NOTICE
# OF
# DISCIPLINARY REVIEW

| NAME | BOOKING NUMBER | DATE OF HEARING |
|------|----------------|-----------------|
| ALEXANDER | 2354761 | 02/02/11 |

| LOCATION OF DRB | REFERENCE NUMBER |
|-----------------|------------------|
| 81 R8118 | 510020110201003 |

AFTER A REVIEW OF THE REPORT AND YOUR DEFENSE, THE DISCIPLINARY REVIEW
BOARD HAS MADE THE FOLLOWING FINDINGS:

| DETERMINED FOUNDED | DETERMINED UNFOUNDED |
|--------------------|----------------------|
|  |  |

AND TOOK THE FOLLOWING ACTION:

| | GIVEN BY THE DRB | DISCIPLINE POSSIBLE | |
|---|---|---|---|
| LOSS OF PRIVILEGES |  | 5-20 | DAYS |
| TIME IN SEGREGATION |  | 5-20 | DAYS |
| DISCIPLINARY DIET |  | 3-5 | JUTES |

NOTE: Offenses while on Discipline can double the original
sentence or have additional time added to the new violation(s).

* In accordance with Men's Central Jail Unit Order 5-22-000, you may
appeal the findings and/or actions to the Unit Commander immediately
by informing the Discipline Officer / Deputy that you wish to appeal the
decision. This decision must be immediate.

**LOS ANGELES COUNTY SHERIFFS DEPARTMENT**
**CUSTODY DIVISION**
**NOTICE OF DISCIPLINARY VIOLATION**

To:  **ALEXANDER, TERRY**                    Booking No.: **2354761**       Custody Ref. No.: **510020110412008**

1. You are hereby notified that a complaint has been filed against you alleging violation of the following Jail rule(s):

   - **Creating Disturbance /**        - **Insubordination / Refuse To**       - **Other /**
   **Operational**                    **Follow Orders**

2. You will have a hearing to determine your guilt or innocence. At this hearing you may tell your side of the story
   and present a defense.

3. If you are found guilty of this violation, you may be disciplined by segregation, loss of privileges, loss of good time
   credits, removal from work details, and/or by being assigned extra work, depending upon the seriousness of the
   offense and the decision of the hearing officers.

4. You are to keep this notice in your immediate possession and present it to the officers at your hearing.

5. Additional violations of the rules may result in additional discipline.

   Date: **04/12/2011**        Officer: **J BLEAU**                    Employee No. **XXX492**

---

**DEPARTAMENTO DEL SHERIFF DEL CONDADO DE LOS ANGELES**
**DIVISION CUSTODIAL**
**NOTICIA DE VIOLACION DISCIPLINARIA**

Para:  **ALEXANDER, TERRY**          Numero de registro: **2354761**     Num. de Ref.
                                                      Custodial:   **510020110412008**

1. La presente le estamos informando que hay una queja contra usted, alegando violacion de regla(s) de la Carcel que sigue:

   - **Crear Disturbios /**          - **Insubordinacion / Rehusar**       - **Otra /**
   **Operacionales**                **Seguir Ordenes**

2. Tendra una audencia para determinar si es culpable o inocente. En esta audencia puede explicar el lado de su historia
   le permitiran presentar una defensa.

3. Si le encuentran culpable de esta violacion, pueden disciplinarle por segregacion, perdida de privilegios, perdida de
   creditos del "tiempo bueno", pueden alejarle de los detalles de trabajo, y/o recibira mas trabajo, depende de la
   seriedad de la ofensa y la decision de los oficiales de la audencia.

4. Tiene que guardar esta noticia en su posesion inmediata y presentarla a los oficiales en la audencia.

5. Violaciones adicionales de estas reglas pueden resultar una disciplina adicional.

   Fecha: **04/12/2011**        Oficial: **J BLEAU**                    Numero de Empleado: **XXX492**

# MCJ NOTICE

# OF

# DISCIPLINARY REVIEW

| NAME | BOOKING NUMBER | DATE OF HEARING |
|---|---|---|
| ALEXANDER | 2354761 | 04/13/11 |

| LOCATION OF DRB | REFERENCE NUMBER |
|---|---|
| 81 R8118 | 510020110412008 |

AFTER A REVIEW OF THE REPORT AND YOUR DEFENSE, THE DISCIPLINARY REVIEW
BOARD HAS MADE THE FOLLOWING FINDINGS:

| DETERMINED FOUNDED, | DETERMINED UNFOUNDED |
|---|---|
| X | |

AND TOOK THE FOLLOWING ACTION:

| | GIVEN BY THE DRB | DISCIPLINE POSSIBLE | |
|---|---|---|---|
| LOSS OF PRIVILEGES | W | 5-20 | DAYS |
| TIME IN SEGREGATION | W | 5-20 | DAYS |
| DISCIPLINARY DIET | O | 3-5 | JUTES |

<u>NOTE</u>: Offenses while on Discipline <u>can double the original
sentence or</u> have additional time added to the new violation(s).

\* In accordance with Men's Central Jail Unit Order 5-22-000, you may
appeal the findings and/or actions to the Unit Commander <u>immediately</u>
by informing the Discipline Officer / Deputy that you wish to appeal the
decision. This decision must be <u>immediate.</u>

# MCJ NOTICE
# OF
# DISCIPLINARY REVIEW

| NAME | BOOKING NUMBER | DATE OF HEARING |
|---|---|---|
| ALEXANDER | 2354761 | 04/18/11 |

| LOCATION OF DRB | REFERENCE NUMBER |
|---|---|
| 8R8070 | 510020110414005 |

AFTER A REVIEW OF THE REPORT AND YOUR DEFENSE, THE DISCIPLINARY REVIEW BOARD HAS MADE THE FOLLOWING FINDINGS:

| DETERMINED FOUNDED | DETERMINED UNFOUNDED |
|---|---|
| X | |

AND TOOK THE FOLLOWING ACTION:

| | GIVEN BY THE DRB | DISCIPLINE POSSIBLE | |
|---|---|---|---|
| LOSS OF PRIVILEGES | X | 10-25 | DAYS |
| TIME IN SEGREGATION | X | 10-25 | DAYS |
| DISCIPLINARY DIET | X | 3-5 | JUTES |

NOTE: Offenses while on Discipline <u>can double the original sentence or</u> have additional time added to the new violation(s).

* In accordance with Men's Central Jail Unit Order 5-22-000, you may appeal the findings and/or actions to the Unit Commander <u>immediately</u> by informing the Discipline Officer / Deputy that you wish to appeal the decision. This decision must be <u>immediate.</u>

# MCJ NOTICE
# OF
# DISCIPLINARY REVIEW

| NAME | BOOKING NUMBER | DATE OF HEARING |
|---|---|---|
| ALEXANDER | 2354761 | 04/18/11 |

| LOCATION OF DRB | REFERENCE NUMBER |
|---|---|
| 8R8070 | 510020110414012 |

AFTER A REVIEW OF THE REPORT AND YOUR DEFENSE, THE DISCIPLINARY REVIEW
BOARD HAS MADE THE FOLLOWING FINDINGS:

| DETERMINED FOUNDED | DETERMINED UNFOUNDED |
|---|---|
| X | |

AND TOOK THE FOLLOWING ACTION:

| | GIVEN BY THE DRB | DISCIPLINE POSSIBLE | |
|---|---|---|---|
| LOSS OF PRIVILEGES | W | 5-20 | DAYS |
| TIME IN SEGREGATION | W | 5-20 | DAYS |
| DISCIPLINARY DIET | 0 | 3-5 | JUTES |

NOTE: Offenses while on Discipline <u>can double the original</u>
<u>sentence or</u> have additional time added to the new violation(s).

* In accordance with Men's Central Jail Unit Order 5-22-000, you may
appeal the findings and/or actions to the Unit Commander <u>immediately</u>
by informing the Discipline Officer / Deputy that you wish to appeal the
decision. This decision must be <u>immediate.</u>

# MCJ NOTICE
# OF
# DISCIPLINARY REVIEW

| NAME | BOOKING NUMBER | DATE OF HEARING |
|------|----------------|-----------------|
| ALEXANDER | 2354761 | 01/11/11 |

| LOCATION OF DRB | REFERENCE NUMBER |
|-----------------|------------------|
| 81 R8118 | 510020110107008 |

AFTER A REVIEW OF THE REPORT AND YOUR DEFENSE, THE DISCIPLINARY REVIEW
BOARD HAS MADE THE FOLLOWING FINDINGS:

| DETERMINED FOUNDED | DETERMINED UNFOUNDED |
|--------------------|----------------------|
| X | |

AND TOOK THE FOLLOWING ACTION:

| | GIVEN BY THE DRB | DISCIPLINE POSSIBLE | |
|--|------------------|---------------------|--|
| LOSS OF PRIVILEGES | 20 | 5-20 | DAYS |
| TIME IN SEGREGATION | 20 | 5-20 | DAYS |
| DISCIPLINARY DIET | | 3-5 | JUTES |

<u>NOTE</u>: Offenses while on Discipline <u>can double the original
sentence or</u> have additional time added to the new violation(s).

\* In accordance with Men's Central Jail Unit Order 5-22-000, you may
appeal the findings and/or actions to the Unit Commander <u>immediately</u>
by informing the Discipline Officer / Deputy that you wish to appeal the
decision. This decision must be <u>immediate.</u>

**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
**CUSTODY DIVISION**
**NOTICE OF DISCIPLINARY VIOLATION**

To: **ALEXANDER, TERRY**           Booking No.: **2354761**      Custody Ref. No.: **510020110107008**

1. You are hereby notified that a complaint has been filed against you alleging violation of the following Jail rule(s):

   **- Contraband / Excess County**    **- Insubordination / Refuse / Delay**   **- Insubordination / Refuse To**
   **Issue Property**                          **Lockdown**                                      **Follow Orders**

2. You will have a hearing to determine your guilt or innocence. At this hearing you may tell your side of the story and present a defense.

3. If you are found guilty of this violation, you may be disciplined by segregation, loss of privileges, loss of good time credits, removal from work details, and/or by being assigned extra work, depending upon the seriousness of the offense and the decision of the hearing officers.

4. You are to keep this notice in your immediate possession and present it to the officers at your hearing.

5. Additional violations of the rules may result in additional discipline.

   Date: **01/07/2011**          Officer: **J MARISCAL-CRUZ**                Employee No. **XXX667**

---

**DEPARTAMENTO DEL SHERIFF DEL CONDADO DE LOS ANGELES**
**DIVISION CUSTODIAL**
**NOTICIA DE VIOLACION DISCIPLINARIA**

Para: **ALEXANDER, TERRY**        Numero de registro: **2354761**     Num. de Ref. Custodial: **510020110107008**

1. La presente le estamos informando que hay una queja contra usted, alegando violacion de regla(s) de la Carcel que sigue:

   **- Contrabando / Exceso De**      **- Insubordinacion / Rehusar /**     **- Insubordinacion / Rehusar**
   **Propiedad Otorgada Por El**       **Retrasas Encierro**                      **Seguir Ordenes**
   **Condado**

2. Tendra una audencia para determinar si es culpable o inocente. En esta audencia puede explicar el lado de su historia le permitiran presentar una defensa.

3. Si le encuentran culpable de esta violacion, pueden disciplinarle por segregacion, perdida de privilegios, perdida de creditos del "tiempo bueno", pueden alejarle de los detalles de trabajo, y/o recibira mas trabajo, depende de la seriedad de la ofensa y la decision de los oficiales de la audencia.

4. Tiene que guardar esta noticia en su posession inmediata y presentarla a los oficiales en la audencia.

5. Violaciones adicionales de estas reglas pueden resultar una disciplina adicional.

   Fecha: **01/07/2011**          Oficial: **J MARISCAL-CRUZ**                Numero de Empleado: **XXX667**

BOARD OF PRISON TERMS                                                STATE OF CALIFORNIA
## NOTICE AND REQUEST FOR ASSISTANCE AT PAROLE PROCEEDING
**BPT 1073**

### PRE-INTERVIEW FILE REVIEW (STAFF ONLY)
I acknowledge that I have reviewed all relevant and reasonably available central file and/or field file information prior to first contact with the inmate/parolee involved in this parole proceeding. For revocation proceedings, this file review must include, at the minimum, a review of the CDC Form 611 (revised 05/01) or a Parolee Disability Review Sheet (PDRS) and attached documents, if any.

Print Name: _____ Sign Name: _____ Date: _____

### Identified Disabilities

☑ Mental Health Concerns (Circle One) CCCMS EOP MHCB DMH 128C dated: _____

☐ Developmental Disability (Circle One) DD1 D1A DD2 DD3 128C-2 dated: _____

☑ Physical Disability (Circle all that apply) (verified on CDC Form 1845) Dated: _____

   Mobility: (DPW / DPO / DPM / DNM) Vision: (DPV/DNV) Hearing: (DPH / DNH) Speech: (DPS / DNS)

☐ Other Disability (that may limit access): _____ documented on _____ dated: _____

☐ Learning Disability documented on _____ dated: _____

☐ NO DISABILITIES IDENTIFIED FROM THE FILE REVIEW.

**Other Potential Assistance Needs:**

☑ Reading Level _____ Total GPL _____ (If not available, note "N/A")

☐ Non-English Speaking (List language(s) inmate/parolee speaks): _____

### II. INMATE/PAROLEE RIGHTS & SELF IDENTIFICATION
You have a right to receive help for your hearing. If you need help talking, reading, hearing, seeing, understanding or getting to your hearing, you have a right to that help. You have a right to receive help in meeting with your attorney. If you do not speak English, you have a right to an interpreter. If you are deaf and use sign language, you have a right to a sign language interpreter. If you cannot read, the BPT or CDC must provide you with help to read the forms and papers. If you need special transportation, the BPT or CDC must provide it for you.

**Check all that apply:**

☐ I need help reading my documents.                    ☐ I need the following help to hear _____
☐ I need help understanding the procedures and forms.  ☐ I need the following help to see _____
☐ I need a sign language interpreter.                  ☐ I need to communicate in writing.
☑ I need a wheelchair and I ☑ do have one. ☐ do not have one.
☐ I do not speak English and need an interpreter in _____ (language)
☐ Other _____
☐ I do not need any help for my parole hearing.

X _____                                              X _____
Inmate/Parolee Signature          CDC #                Date Signed

### III. INITIAL SERVICE OF RIGHTS (STAFF ONLY)
I have informed inmate/parolee of his/her rights and charges, if any, and have determined that he/she:

☑ Appears to understand                    ☐ Appears to have difficulty understanding

☑ Effective Communication Method Used: (Foreign language interpreter, sign language interpreter, read/spoke slowly, assistive device, etc.)
_____

Additional Comments: _____

Staff Name and Title (please print)      Staff Signature                Date

### IV. BPT REVIEW FOR INTERNAL USE ONLY (Non-Lifer Cases)

Accommodation(s)/Assistance to be provided at hearing(s): _____

Staff Name and Title (please print)      Staff Signature                Date

NAME                    CDC #    TYPE OF HEARING    DATE OF HEARING    LOCATION

BPT 1073 (Rev 10/04)    Distribution: White - C-file, Canary - ADA Coordinator, Pink - BPT ADACU, Goldenrod - Inmate/Parolee





**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8 Los
Angeles, CA 90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive
and Clerk of Court

Thursday, September 06, 2011

TERRY ALEXANDER CDC#G02016
P. O. BOX 4999
DELANO, CA. 93216

Dear Sir/Madam:

A Complaint for Civil Rights was filed today on your behalf and assigned civil case number
CV11- 6981 SVW (E)

A ☐ Motion for Extension of Time to File Habeas Corpus Petition was filed today on your behalf and
assigned civil case number _____

Please refer to this case number in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:

☐ District Court Judge _____
☒ Magistrate Judge _____**Charles Eick**_____

at the following address:

☒ U.S. District Court
312 N. Spring Street
Civil Section, Room G-8
Los Angeles, CA 90012

☐ Ronald Reagan Federal
Building and U.S. Courthouse
411 West Fourth St., Suite 1053
Santa Ana, CA 92701-4516

☐ U.S. District Court
3470 Twelfth Street
Room 134
Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change. If mail directed to your
address of record is returned undelivered by the Post Office, and if the Court and opposing counsel
are not notified in writing within fifteen (15) days thereafter of your current address, the Court may
dismiss the case with or without prejudice for want of prosecution.

Sincerely,

Clerk, U.S. District Court

By: ___**CSAWYER**_____

Deputy Clerk

CV-19 (04/01)          **LETTER re FILING CIVIL RIGHTS COMPLAINT**