**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TERRY ALEXANDER, | ) | NO. CV 11-6981-SVW(E) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| | ) | |
| LOS ANGELES COUNTY JAIL | ) | |
| SHERIFF, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff, an inmate proceeding <u>pro se</u>, commenced this action on September 7, 2011.  Plaintiff filed a Third Amended Complaint on September 11, 2012.

On September 14, 2012, the Magistrate Judge filed an Order directing that the United States Marshal effect service of the Third Amended Complaint on Defendants J. Bleau, Dr. Zasorin and E. Morales. Defendant Bleau filed an Answer on January 7, 2013.  Defendant Zasorin filed an Answer on April 22, 2013.  Defendant Morales has not appeared in the action.

///

1    The United States Marshals Service has advised the Magistrate
2    Judge that the information and documentation provided by Plaintiff has
3    proven insufficient to effect service of the Third Amended Complaint
4    on Defendant Morales.   Absent a showing of good cause for the failure
5    to effect service, the Court may dismiss a defendant who is not served
6    within 120 days after the complaint is filed.   See Fed. R. Civ. P.
7    4(m).

8

9    Therefore, it is ordered that Plaintiff show cause, if there be
10   any, why Defendant Morales should not be dismissed from this action.
11   Plaintiff may attempt to show such cause by filing a declaration
12   signed under penalty of perjury within twenty (20) days of the date of
13   this Order.   Failure timely to show such cause may result in the
14   dismissal of Defendant Morales from this action.

15

16   DATED: April 23, 2013.

17

18                    _____/S/_____
                               CHARLES F. EICK
19                     UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28