UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY ALEXANDER,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>LOS ANGELES COUNTY JAIL SHERIFF, et al.,<br><br>　　　　Defendants. | Case No. CV 11-6981-SVW (E)<br><br>JUDGMENT |

Pursuant to the "Order Re: Findings, Conclusions, and Recommendations of United States Magistrate Judge," IT IS ADJUDGED that Judgment is entered in favor of Defendants.

Dated: March 31, 2015

　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　United States District Judge